UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| NATIONWIDE LIFE INSURANCE COMPANY OF AMERICA,<br><br>                Plaintiff,<br><br>    -against-<br><br>ROBERT RAWISZER and DAVID RAWISZER,<br><br>                Defendants. | Civil Action No.<br><br>**PLAINTIFF'S RULE 7.1**<br>**DISCLOSURE STATEMENT**<br><br> |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Nationwide Life Insurance Company of America ("Nationwide Life"), certifies that Nationwide Life is a subsidiary of Nationwide Financial Services, Inc. Nationwide Financial Services, Inc. is majority owned by Nationwide Corporation. Nationwide Corporation is majority owned by Nationwide Mutual Insurance Company. There is no publicly-held corporation that owns 10% or more of Nationwide Mutual Insurance Company's stock.

Dated: New York, New York
       January 23, 2008

                                            **GIBBONS P.C.**
                                            One Pennsylvania Plaza, 37th Floor
                                            New York, New York 10119
                                            Phone: (212) 613-2000
                                            psaso@gibbonslaw.com
                                            Attorneys for Plaintiff
                                            Nationwide Life Insurance Company of America

                                            _____
                                            Paul A. Saso

Of Counsel:

Christopher C. Coss
Thomas J. Momjian
Coss & Momjian
111 Presidential Blvd., Suite 233
Bala Cynwyd, Pennsylvania 19004
(610) 667-6912
Attorneys for Plaintiff

#1262614 v1
106783-61951