**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NATIONWIDE LIFE INSURANCE
COMPANY OF AMERICA,

                  Plaintiff,

           -against-

ROBERT RAWISZER,
DAVID RAWISZER,

                Defendants.

Civil Action No. 08 CV 0587

**ORDER TO SHOW CAUSE FOR**
**EXPEDITED DISCOVERY AND**
**PRELIMINARY INJUNCTION**

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 2/1/08 |

    **UPON** the Complaint of Nationwide Life Insurance Company of America ("Nationwide Life"), the annexed Declaration of Fred Ruderman, dated January 30, 2008, the accompanying Memorandum of Law in support of Nationwide Life's Motion for Expedited Discovery and Preliminary Injunction, and good cause having been shown it is hereby,

    **ORDERED** that Defendants Robert Rawiszer and David Rawiszer, or their attorneys, show cause before this Court, at Room 11B, United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on _Feb. 4_, 2008, at _5:30_ p.m. or as soon thereafter as counsel may be heard, why an order should not be issued:

    1.    granting Nationwide Life a preliminary injunction against Defendants, enjoining Defendants, directly or indirectly, and whether alone or in concert with others, including any officer, agent, employee and/or representative of any life insurance entity with which Defendants are affiliated, from:

        (i)    Advising, inducing, or soliciting any policyholder of Nationwide Life to lapse, cancel, or replace any policy or contract of Nationwide Life

or borrow values from any policy or contract of Nationwide Life to pay

any premium on a policy of another company;

(ii)    Using, disclosing, or transmitting for any purpose, any books,

accounts, computer and/or records, documents, policy record cards,

applications, vouchers, letters, written correspondence with policyholders

and Nationwide Life, and all other items provided by Nationwide Life,

and relating to or connected with the business of Nationwide Life or a

subsidiary company (hereinafter referred to as "Nationwide Life

Records"); and

(iii)    Retaining, in any form, including without limitation original,

copied, computerized, handwritten or any other form, any Nationwide Life

Records;

2.    granting Nationwide Life all such other and further relief as the Court deems just

and proper; and

**SUFFICIENT CAUSE BEING ALLEGED, IT IS FURTHER ORDERED** that

pending the hearing of the foregoing, Nationwide Life shall be permitted to take expedited

discovery of Defendants concerning this matter, including, but not limited to, depositions and

written discovery, and it is further

**ORDERED** that papers in opposition to this application, if any, shall be served on

Plaintiff's attorneys and filed with this Court on or before _3 pm on_, _Feb 7_ 2008; and it is

further

**ORDERED** that personal service (by hand) of a copy of this order and all papers upon

which it was granted upon Defendants Robert Rawiszer and David Rawiszer, 2751 South Ocean

Drive, Suite 205S, Hollywood, FL 33019 on or before _4 9n on Feb 1_ 2008, shall be

deemed good and sufficient service thereof.

Dated: New York, New York
January____, 2008

ENTERED

By: _____
U.S.D.J.