UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATIONWIDE LIFE INSURANCE COMPANY OF
AMERICA,
         Plaintiff(s),

   -against-
ROBERT RAWISZER, DAVID RAWISZER,
         Defendant(s).
------------------------------------------------------------X

JUDGE COTE
Index No. 08 CV 0587

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                      S.S.
COUNTY OF NEW YORK)

        NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 6th day of February 2008, at approximately the time of 8:30 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT, CRITICAL INSTRUCTIONS TO ATTORNEYS, INDIVIDUAL PRACTICES IN CIVIL CASE DENISE COTE, UNITED STATES DISTRICT JUDGE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN AND ORDER TO SHOW CAUSE FOR EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION** upon David Rawiszer at 82-01 Britton Avenue, #3C, Elmhurst, NY 11373, by personally delivering and leaving the same with his roommate Aslam Johnny, a person of suitable age and discretion at that address, the actual place of residence. At the time of service, deponent asked if David Rawiszer is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        Aslam Johnny is a Asian male, approximately 36 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 170 pounds with brown hair and brown eyes.

        That on the 7th day of February 2008, deponent served another copy of the foregoing upon David Rawiszer at 82-01 Britton Avenue, #3C, Elmhurst, NY 11373, by first

class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

_____
NELSON CARVAJAL #965441

Sworn to before me this
8th day of February, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___