UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
NATIONWIDE LIFE INSURANCE COMPANY OF       :   08 CIV. 587 (DLC)
AMERICA,                                   :
                Plaintiff,                 :   PRETRIAL
                                           :   SCHEDULING ORDER
        -v-                                :
                                           :
ROBERT RAWISZER and DAVID RAWISZER,        :
                                           :
                Defendants.                :
                                           :
------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08
```

DENISE COTE, District Judge:

    As set forth at a conference held on February 4, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.  The next pretrial conference is scheduled for **March 7, 2008** at **2:30 p.m.** in Courtroom 11B, 500 Pearl Street.

2.  Expedited discovery must be completed by **March 28, 2008**

3.  Plaintiff's motion for preliminary injunction shall be served by **April 11, 2008**.

Dated:    New York, New York
          February 8, 2008

                                          _____
                                                  DENISE COTE
                                          United States District Judge

ECF NOTICE TO BE SENT TO:                    COPIES MAILED TO:

Paul Saso                                    David R. Rawizser
Gibbons P.C.                                 82-01 Britton Avenue, #3C
                                             Elmhurst, NY 11373


Robert S. Rawiszer
2751 S. Ocean Drive, #205-S
Hollywood, FL 33019