

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATIONWIDE LIFE INSURNACE
COMPANY OF AMERICA,

                Plaintiff,

                -against-

ROBERT RAWISZER and
DAVID RAWISZER,

                Defendants.
------------------------------------------------------------X

Case No. 08 CV 0587
(Judge Cote)

AFFIDAVIT OF SERVICE

STATE OF FLORIDA     )
               S.S.
COUNTY OF DADE      )

Avel Arriera, being duly sworn, deposes and says that he/she is over eighteen years of age, is an agent of the attorney service, DLS, INC., and is not party to this action.

That on the 29th day of January, 2008, at approximately the time of                    , deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; INDIVIDUAL PRACTICES IN CIVIL CASES, DENISE COTE, UNITED STATES DISTRICT COURT; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN upon ROBERT RAWISZER at 2751 South Ocean Drive, Suite 205S, Hollywood, FL, by personally delivering and leaving the same with his wife, Claudia Rawiszer, a person of suitable age and discretion at that address, the actual place of residence. At the time of service, deponent asked whether ROBERT RAWISZER is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply. The woman identified herself as Robert Rawiszer's wife and said that, "They (David and Robert) are not here."

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

 

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

is a White Female approximately 60 years of age, stands approximately 5 feet 11 inches tall, weighs approximately 160 pounds with Blond hair.

_____
PROCESS SERVER

Sworn to before me this
13th day of February, 2008

OFFICIAL NOTARY SEAL
Radames Domenech
COMMISSION N° DD683550
EXPIRES JULY 15, 2011

_____
NOTARY PUBLIC

D.L.S., Inc.
101 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com