**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NATIONWIDE LIFE INSURNACE
COMPANY OF AMERICA,

          Plaintiff,

      -against-

ROBERT RAWISZER and
DAVID RAWISZER,

         Defendants.
-----------------------------------------------------------------X

Case No. 08 CV 0587
(Judge Cote)

AFFIDAVIT OF MAILING

STATE OF NEW YORK   )
            S.S.
COUNTY OF NEW YORK  )

      HOWARD D. GOLDMAN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 30th day of January, 2008, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; INDIVIDUAL PRACTICES IN CIVIL CASES, DENISE COTE, UNITED STATES DISTRICT COURT; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN upon ROBERT RAWISZER by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of

).L.S., Inc.
01 Broadway
te 510
lY, NY 10013
12-925-1220
ww.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

the United States, City and State of New York, addressed as follows:

ROBERT RAWISZER
2751 South Ocean Drive
Suite 205S
Hollywood, FL 33019

HOWARD D. GOLDMAN
#932192

Sworn to before me this
12th day of February, 2008

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

D.L.S., Inc.
101 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com