

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
NATIONWIDE LIFE INSURANCE
COMPANY OF AMERICA,

      Plaintiff(s),

    -against-

ROBERT RAWISZER, et al.,

      Defendant(s).
-------------------------------------------------------X

Case No. 08 CIV 0587

AFFIDAVIT OF SERVICE

STATE OF FLORIDA   )
                            ) S.S.
COUNTY OF Dade    )

Avel Arriera, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 11th day of February, 2008, at approximately the time of deponent attempted to serve a true copy of the SUMMONS, COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET, ELECTRONIC FILING RULES, RULES OF JUDGE COTE, RULE OF JUDGE FREEMAN, ORDER TO SHOW CAUSE FOR EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION, DECLARATION OF FREDERICK R. RUDERMAN IN SUPPORT OF ORDER TO SHOW CAUSE, MEMORANDUM OF LAW IN SUPPORT OF ORDER TO SHOW CAUSE, NOTICE OF DEPOSITION TO ROBERT RAWISZER, NOTICE OF DEPOSITION TO DAVID RAWISZER & AFFIDAVIT OF SERVICE RE: NOTICE OF DEPOSITION upon Robert Rawiszer at 2751 South Ocean Drive, Suite 205S, Hollywood, FL 33019, but no one was at home.

.L.S., Inc.
)1 Broadway
te 510
Y, NY 10013
12-925-1220
ww.dlsny.com

 **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

At that time, therefore, deponent served a true copy of the foregoing papers upon Robert Rawiszer by firmly affixing same conspicuously on the front door at that address, the actual place of residence.

_____
PROCESS SERVER

Sworn to before me this
15th day of February, 2008



_____
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com