

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

NATIONWIDE LIFE INSURANCE
COMPANY OF AMERICA,

      Plaintiff(s),

      -against-

ROBERT RAWISZER, et al.,

      Defendant(s).
-------------------------------------------------------X

Index No. 08 CIV 0587

AFFIDAVIT OF MAILING

STATE OF NEW YORK  )
                         S.S.
COUNTY OF NEW YORK  )

      Howard Goldman, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 11th day of February, 2008, deponent served a true copy of the SUMMONS, COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET, ELECTRONIC FILING RULES, RULES OF JUDGE COTE, RULES OF JUDGE FREEMAN, ORDER TO SHOW CAUSE FOR EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION, DECLARATION OF FEDERICK I. RUDERMAN IN SUPPORT OF ORDER TO SHOW CAUSE, MEMORANDUM OF LAW IN SUPPORT OF ORDER TO SHOW CAUSE, NOTICE OF DEPOSITION TO ROBERT RAWISZER, NOTICE OF DEPOSITION AND AFFIDAVIT OF SERVICE RE: NOTICES OF DEPOSITION upon Robert Rawiszer by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York,

.L.S., Inc.
1 Broadway
e 510
Y, NY 10013
2-925-1220
ww.dlsny.com


**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

addressed as follows:

Robert Rawiszer
2751 South Ocean Drive
Suite 205S
Hollywood, FL 33019

HOWARD GOLDMAN

Sworn to before me this
12TH day of February, 2008

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__

L.S., Inc.
1 Broadway
e 510
Y, NY 10013
2-925-1220
ww.dlsny.com