✏ AO 458 (Rev. 10/95) Appearance

## UNITED STATES DISTRICT COURT

   Southern    DISTRICT OF    New York   

Nationwide Life Insurance Company of America       **APPEARANCE**

      v.        Case Number: 08 CV 0587

Robert Rawiszer
David Rawiszer

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

        Robert Rawiszer
        David Rawiszer

    I certify that I am admitted to practice in this court.

   2/19/08
Date                                Signature

                                     Barry T. Bassis     BB3259
                                     Print Name         Bar Number

                                     Tressler, Soderstrom, Maloney & Priess, LLP
                                     22 Cortlandt Street, 17th Floor
                                     Address

                                     New York     NY     10007
                                     City         State         Zip Code

                                     212-430-4504         212-971-6263
                                     Phone Number         Fax Number