✎ AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

    Southern    DISTRICT OF    New York

Nationwide Life Insurance Company
  of America

**APPEARANCE**

        v.        Case Number:  08 CV 0587

Robert Rawiszer
David Rawiszer

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

        Robert Rawiszer
        David Rawiszer

    I certify that I am admitted to practice in this court.

    2/19/08
Date                                    Signature

                                    Barry T. Bassis        BB3259
                                    Print Name             Bar Number

                                    Tressler, Soderstrom, Maloney & Priess, LLP
                                    22 Cortlandt Street, 17th Floor
                                    Address

                                    New York    NY        10007
                                    City              State        Zip Code

                                    212-430-4504          212-971-6263
                                    Phone Number         Fax Number