AO 458 (Rev. 10/95) Appearance

## UNITED STATES DISTRICT COURT

__Southern__    DISTRICT OF    __New York__

Nationwide Life Insurance Company
 of America                                   **APPEARANCE**

           v.                  Case Number: 08 CV 0587

Robert Rawiszer
David Rawiszer

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for

    Robert Rawiszer
    David Rawiszer

  I certify that I am admitted to practice in this court.

__2/19/08__                     _[signature] Barry T. Bassis_
Date                            Signature

                                Barry T. Bassis          BB3259
                                Print Name               Bar Number

                                Tressler, Soderstrom, Maloney & Priess, LLP
                                22 Cortlandt Street, 17th Floor
                                Address

                                New York     NY          10007
                                City         State       Zip Code

                                212-430-4504             212-971-6263
                                Phone Number             Fax Number