Cote, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X        08 CV 0587 (DLC)
NATIONWIDE LIFE INSURANCE COMPANY
OF AMERICA,

                      Plaintiff,

-v-

ROBERT RAWISZER and DAVID RAWISZER,

                      Defendants.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE ATTORNEYS
FOR THE RESPECTIVE PARTIES HERETO THAT:

1.    Defendants' time to answer or to make any motion addressed to the complaint is hereby

extended until March 3, 2008.


We hereby consent to the form and entry of this Order

Gibbons P.C.                                            Tressler Soderstrom Maloney & Priess, LLP
Attorneys for Plaintiff                                 Attorneys for Defendants

By: /s/ Paul A. Sasso                                   By: /s/ Barry T. Bassis
Paul A. Sasso, Esq.                                     Barry T. Bassis, Esq.

Dated: February 25, 2008

                                            So Ordered

                                            /s/ Denise Cote
                                            Hon. Denise L. Cote, U.S.D.J.

                                            Feb. 27, 2008