UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONWIDE LIFE INSURANCE COMPANY OF AMERICA,<br><br>                    Plaintiff,<br><br>        -against-<br><br>ROBERT RAWISZER and DAVID RAWISZER,<br><br>                    Defendants. | **DOCUMENT ELECTRONICALLY FILED**<br><br>Civil Action No.: 08 CV 0587 (DLC) (DCF)<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of Mark Robert Vespole, Esq. of the firm of Tressler, Soderstrom, Maloney & Priess, LLP on behalf of Defendants ROBERT RAWISZER and DAVID RAWISZER.

                                        Tressler, Soderstrom, Maloney & Priess, LLP
                                        Attorneys for Defendants
                                        ROBERT RAWISZER and DAVID RAWISZER.

Dated:  February 27, 2008                s/Mark Robert Vespole
                                        Mark Robert Vespole  (MV-1035)
                                        744 Broad Street, Suite 1510
                                        Newark, NJ 07102
                                        (973) 848-2900

NEWARK #28056-v1