UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONWIDE LIFE INSURANCE
COMPANY OF AMERICA,

                Plaintiff,

        -against-

ROBERT RAWISZER,
DAVID RAWISZER,

                Defendants.

Civil Action No. 08 CV 0587 (DLC) (DCF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

## JOINT PROPOSED SCHEDULING ORDER

WHEREAS the Court scheduled a conference for March 7, 2008 at 2:30 p.m.;

WHEREAS the parties, pursuant to the Consent Order, dated February 27, 2008, have agreed to certain injunctive relief and to not pursue expedited discovery;

WHEREAS no previous request for an adjournment of the March 7, 2008 conference has been made previously;

WHEREAS the parties to the above-captioned action have conferred and have jointly agreed to adjourn the conference to April 11, 2008.

IT IS HEREBY ORDERED that the March 7, 2008 conference is adjourned to April 11, 2008 at __10:30__ a.m./p.m.

Dated: March 3, 2008

                              SO ORDERED:

                              _____
                              HON. DENISE L. COTE, U.S.D.J.

#1273270 v1
106783-61951