UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Nationwide Life Insurance Company
OF America
                       Plaintiff,

    -against-                              08 CIVIL 0587    (DLC)

Robert Rawiszer and David Rawiszer
                  Defendant.
-------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: <u>Barry T. Bassis</u>

☒    *Attorney*

    ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        <u>BB3259</u>

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☐    *Law Firm/Government Agency Association*

    From: <u>Mound Cotton Wollan & Greengrass</u>

    To: <u>Tressler, Soderstrom Maloney & Priess, LLP</u>

    ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐    *Address:*    <u>22 Cortlandt Street, 17th Floor, New York NY  10007</u>

☐    *Telephone Number:*    <u>(212) 430-4504</u>

☐    *Fax Number:*    <u>(212) 971-6263</u>

☐    *E-Mail Address:*    <u>BBASSIS@TSMP.COM</u>

Dated: <u>3/12/08</u>        _____