UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Nationwide Life Insurance Company
OF America
                      Plaintiff,

            08 CIVIL 0587 (DLC)

-against-

Robert Rawiszer and David Rawiszer
                Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Barry T. Bassis

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       BB3259

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: Mound Cotton Wollan & Greengrass

    To: Tressler, Soderstrom Maloney & Priess, LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* 22 Cortlandt Street, 17th Floor, New York NY 10007

☐ *Telephone Number:* (212) 430-4504

☐ *Fax Number:* (212) 971-6263

☐ *E-Mail Address:* BBASSIS@TSMP.COM

Dated: 3/12/08            */s/ Barry T. Bassis*