UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONWIDE LIFE INSURANCE COMPANY OF AMERICA,<br><br>                    Plaintiff,<br><br>         -against-<br><br>ROBERT RAWISZER,<br>DAVID RAWISZER,<br><br>                    Defendants. | Civil Action No. 08 CV 0587 (DLC) (DCF)<br><br>**REPLY TO COUNTERCLAIM** |

Plaintiff-Counterclaim Defendant Nationwide Life Insurance Company of America ("Nationwide"), by its attorneys Gibbons P.C., for its Reply to the Counterclaim states as follows[1]:

1. Denies the allegations contained in paragraph 48 of the Answer, Affirmative Defense and Counterclaim.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Counterclaim fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

The Counterclaim is barred because Nationwide has performed under the terms of the Special Agent's Agreement.

---

[1] The defined terms of the Complaint dated January 23, 2008 are incorporated herein by reference.

**THIRD DEFENSE**

Defendants-Counterclaim Plaintiffs David and Robert Rawiszer's ("Defendants-Counterclaim Plaintiffs") claims are barred because Defendants-Counterclaim Plaintiffs have not suffered any damages or injury as a result of the alleged actions or inactions of Nationwide.

**FOURTH DEFENSE**

Defendants-Counterclaim Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, estoppel and acquiescence.

**FIFTH DEFENSE**

Defendants-Counterclaim Plaintiffs' claims are barred, in whole or in part, by the doctrine of unclean hands.

**SIXTH DEFENSE**

The damages or injury, if any, alleged to have been sustained by defendant were caused, in whole or part, by the culpable conduct of defendant.

Dated:  New York, New York
March 24, 2008

                                      **GIBBONS P.C.**
                                      One Pennsylvania Plaza, 37th Floor
                                      New York, New York  10119-3701
                                      (212) 613-2000
                                      *Attorneys for Plaintiff*
                                      *Nationwide Life Insurance Company of America*

                                      s/ Paul A. Saso
                                      Mark W. Stoutenburg
                                      Paul A. Saso

Of Counsel:
Christopher C. Coss
Thomas J. Momjian
**COSS & MOMJIAN, LLP**
111 Presidential Blvd., Suite 233
Bala Cynwyd, Pennsylvania 19004
(610) 667-6800

#1288096 v1
106783-61951

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2008, the foregoing REPLY TO COUNTERCLAIM was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

> Barry T. Bassis, Esq.
> Tressler, Soderstrom, Maloney & Priess, LLP
> 22 Cortlandt Street, 17th Floor
> New York, New York 10007
> *Attorneys for Defendants*

s/ Paul A. Saso