SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONWIDE LIFE INSURANCE
COMPANY OF AMERICA,

        Plaintiff,

-against-

ROBERT RAWISZER,
DAVID RAWISZER,

        Defendants.

Civil Action No. 08 CV 0587 (DLC) (DCF)

**MEMO ENDORSED**

NOTICE OF MOTION TO ADMIT
CHRISTOPHER C. COSS AND
THOMAS J. MOMJIAN PRO HAC VICE

*Granted.*
*March 29, 2008*
*/s/ Denise Cote*

**PLEASE TAKE NOTICE**, that Gibbons P.C., counsel for Nationwide Life Insurance Company of America, shall move before this Court and before the Honorable Denise L. Cote, U.S.D.J. on a date and at a time to be determined by the Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order permitting Christopher C. Coss, Esq. and Thomas J. Momjian, Esq. to appear and participate *pro hac vice* in this matter, to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against them in any state or federal court.

**PLEASE TAKE FURTHER NOTICE** that the moving party shall rely upon the accompanying Declaration of Paul A. Saso, the Declaration of Christopher C. Coss, Esq. and accompanying Certificate of Good Standing, the Declaration of Thomas J. Momjian

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

#1272923 v1
106783-61951

and accompanying Certificate of Good Standing, as well as all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that no trial date has been established in this matter.

Dated: New York, New York
       March 20, 2008

                                          **GIBBONS P.C.**
                                          One Pennsylvania Plaza, 37th Floor
                                          New York, New York  10119-3701
                                          (212) 613-2000
                                          *Attorneys for Plaintiff*
                                          *Nationwide Life Insurance Company of*
                                          *America*

                                          s/ Paul A. Saso
                                          Mark W. Stoutenburg
                                          Paul A. Saso

Of Counsel:
Christopher C. Coss
Thomas J. Momjian
**COSS & MOMJIAN, LLP**
111 Presidential Blvd., Suite 233
Bala Cynwyd, Pennsylvania 19004
(610) 667-6800