UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ -X

NATIONWIDE LIFE INSURANCE COMPANY OF : 08 CIV. 587 (DLC) (DF)*
AMERICA,
            Plaintiff,                     ORDER OF
                                              REFERENCE TO A
         -v-                                  MAGISTRATE JUDGE

ROBERT RAWISZER and DAVID RAWISZER,

            Defendants.

------------------------------------------------------------------ -X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-14-08
```

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

* Do not check if already referred for general pretrial.

                **SO ORDERED**:

DATED:     New York, New York
              April 14, 2008

                                                                        DENISE COTE
                                                     United States District Judge