```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
NATIONWIDE LIFE INSURANCE COMPANY OF    :
AMERICA,                                :
                         Plaintiff,     :    08 Civ. 587 (DLC)
                                        :
            -v-                         :    ORDER OF
                                        :    DISCONTINUANCE
ROBERT RAWISZER and DAVID RAWISZER,     :
                         Defendants.    :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

 It having been reported to this Court that this case has been settled, it is hereby

 ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

 SO ORDERED:

Dated: New York, New York
   July 22, 2008

            _____
              DENISE COTE
          United States District Judge